# EXHIBIT A



GEORGIA CORPORATIONS DIVISION

GEORGIA SECRETARY OF STATE
BRAD RAFFENSPERGER

HOME (/)

# BUSINESS SEARCH

### BUSINESS INFORMATION

| | | | |
|---|---|---|---|
| Business Name: | **Unified Investment Management, LLC** | Control Number: | **23063064** |
| Business Type: | **Domestic Limited Liability Company** | Business Status: | **Active/Compliance** |
| NAICS Code: | **Any legal purpose** | NAICS Sub Code: | |
| Principal Office Address: | **5555 Glenridge Connector, Suite 400, Sandy Springs, GA, 30342, USA** | Date of Formation / Registration Date: | **3/17/2023** |
| State of Formation: | **Georgia** | Last Annual Registration Year: | **2027** |

### REGISTERED AGENT INFORMATION

| | |
|---|---|
| Registered Agent Name: | **David H. Durham** |
| Physical Address: | **5555 Glenridge Connector, Suite 400, Sandy Springs, GA, 30318, USA** |
| County: | **Fulton** |

Back

Filing History   Name History

Return to Business Search