# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:25-cv-02523-SDG
### Mercer Global Advisors Inc. v. Unified Investment Management, LLC et al
### Honorable Steven D. Grimberg

Minute Sheet for proceedings held In Open Court on 02/19/2026.

TIME COURT COMMENCED: 2:00 P.M.
TIME COURT CONCLUDED: 2:25 P.M.
TIME IN COURT: 00:25
OFFICE LOCATION: Atlanta

COURT REPORTER: Alicia Bagley
TAPE NUMBER: Zoom
DEPUTY CLERK: Danielle Brye

ATTORNEY(S) PRESENT: Shane Nichols and Jodi Benassi representing Plaintiff

Samantha Mandell representing Defendants

PROCEEDING CATEGORY: Status Conference (Other Proceeding Non-evidentiary).

MINUTE TEXT: Status conference held via Zoom on February 19, 2026. The Court ORDERED that discovery issues left outstanding from the previous state court case between the parties would be resolved, in lieu of any additional discovery taken in this case. Counsel ordered to confer by phone or video conference by March 2, and counsel for Plaintiff is ordered to thereafter submit to chambers a letter request for a discovery conference, pursuant to undersigned's standing order. All discovery is STAYED under further order from the Court.

HEARING STATUS: Hearing concluded.